Joseph Damato, by Andrew Damato, appellee, v. Consumers Company, appellant. Gen. No. 24,266.

Action for personal injuries from automobile. Judgment for plaintiff. See 214 Ill. App. 642. Appeal from the Superior Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1918. Reversed and remanded with directions. Opinion filed November 9, 1927.

John A. Bloomingston, for appellant. George E. Gorman and Charles V. Barrett, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Frances Ryan, appellee, v. R. V. Fonger, appellant. Gen. No. 31,848.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Herbert G. Immenhausen, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 9, 1927.

Grace H. Hart, for appellant. Campbell & Fischer, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Marguerite Cole, appellee, v. Baltimore & Ohio Railroad Company, appellant. Gen. No. 31,514.

Action for personal injuries to passenger on train. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed November 15, 1927.

Henry D. Sheean and Charles D. Clark, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Gladys McRose, defendant in error, v. Hugo Rex McRose, plaintiff in error. Gen. No. 31,594.

Bill for divorce. Attachment writ requiring defendant to show cause for refusing to pay temporary alimony. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed November 15, 1927.

Louis P. Piquett, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.